

Prevent • Intercede • Respond to Sexual Harassment of K–12 Students

# Adverse Childhood Experiences (ACE) Categories

| ACE Category | Women (9,367 total) | Men (7,970 total) |
|---|---|---|
| **Abuse** | | |
| **Emotional abuse:** A parent, stepparent, or adult living in your home swore at you, insulted you, put you down, or acted in a way that made you afraid that you might be physically hurt. | 13.1% | 7.6% |
| **Physical abuse:** A parent, stepparent, or adult living in your home pushed, grabbed, slapped, threw something at you, or hit you so hard that you had marks or were injured. | 27% | 29.9% |
| **Sexual abuse:** An adult, relative, family friend, or stranger who was at least 5 years older than you ever touched or fondled your body in a sexual way, made you touch his or her body in a sexual way, or attempted to have any type of sexual intercourse with you. | 24.7% | 16% |
| **Household Challenges** | | |
| **Mother treated violently:** Your mother or stepmother was pushed, grabbed, slapped, had something thrown at her, kicked, bitten, hit with a fist, hit with something hard, repeatedly hit for more than at least a few minutes, or ever threatened or hurt by a knife or gun by your father (or stepfather) or mother's boyfriend. | 13.7% | 11.5% |
| **Household substance abuse:** A household member was a problem drinker or alcoholic or a household member used street drugs. | 29.5% | 23.8% |
| **Mental illness in household:** A household member was depressed or mentally ill or a household member attempted suicide. | 23.3% | 14.8% |
| **Parental separation or divorce:** Your parents were ever separated or divorced. | 24.5% | 21.8% |
| **Criminal household member:** A household member went to prison. | 5.2% | 4.1% |
| **Neglect** | | |
| **Emotional neglect:** No one in your family helped you feel important or special; you didn't feel loved; people in your family didn't look out for each other or feel close to each other; and your family was not a source of strength and support. | 16.7% | 12.4% |
| **Physical neglect:** There was no one to take care of you, protect you, and take you to the doctor if you needed it; you didn't have enough to eat; your parents were too drunk or too high to take care of you; and you had to wear dirty clothes. | 9.2% | 10.7% |

*Note:* Based on the Centers for Disease Control and Prevention–Kaiser Permanente ACE Study prevalence data from the Injury Prevention & Control: Division of Violence Prevention website: https://www.cdc.gov/violenceprevention/acestudy/about.html.

1

6132a_09/16